UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM E. HUNT,

        Plaintiff,

 - vs -              5:10-CV-686

DAVID DELVECCHIO; JOHN C. GAMAGE;
SHAUN DONOVAN; BRIAN GREEN; JAY
GOLDEN; TREVOR L. WHITE; and CITY
OF SYRACUSE,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:          OF COUNSEL:

WILLIAM E. HUNT
Plaintiff, Pro Se
#1, 4017 Eighth Street, NE
Washington, DC 20017

DAVID N. HURD
United States District Judge

## DECISION and ORDER

  Plaintiff, William E. Hunt, brought this civil rights action in May 2010, pursuant to 42 U.S.C. § 1983. By Report-Recommendation dated July 1, 2010, the Honorable Andrew T. Baxter, United States Magistrate Judge, recommended that the complaint be dismissed in its entirety without prejudice against defendant Donovan, Green, Golden, and White; and that the complaint be dismissed in its entirety without prejudice to the extent that it can be read to allege any claims directly against HUD. The plaintiff has filed timely objections to the Report-Recommendation.

  Based upon a de novo review of the entire file, including the portions of the Report-Recommendation to which plaintiff has objected, and the recommendations of Magistrate

Judge Baxter, the Report-Recommendation is accepted and adopted in all respects.  See 28 U.S.C. 636(b)(1).

Accordingly, it is

ORDERED that

1.  The complaint is DISMISSED in its entirety without prejudice against defendants Shaun Donovan, Brian Green, Jay Golden, and Trevor L. White;

2.  The complaint is dismissed in its entirety without prejudice to the extent that it can be read to allege any claims directly against HUD; and

3.  The file shall be returned to the Magistrate Judge for any further proceedings.

IT IS SO ORDERED.

Dated:   July   22,   2010
         Utica, New York.

_____
United States District Judge